# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158408(72)

*In re* ROBERT E. WHITTON REVOCABLE
TRUST.

_____

MOLLY MICHALUK,
      Petitioner-Appellant,

v

EDDIE WHITTON and RICHARD WHITTON,
Successor Trustees of the ROBERT E. WHITTON
REVOCABLE TRUST,
      Respondents-Appellees.

_____/

SC: 158408
COA: 337828
Oakland PC: 2016-372116-TV

     On order of the Chief Justice, the motion of respondents-appellees to adjourn the case from the December 2019 session of the Court is GRANTED. The clerk is directed to reschedule the case for oral argument at the January 2020 session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019



Clerk